# United States District Court
## Southern District of Georgia

CASEY TRAVIS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV615-069

WARDEN HOOKS; MR. SMITH; JOHN DOE, Warden at Coastal S.P.; JOHN DOE, Officers and Staff at Coastal S.P.; A.S.M.P.; and JOHN DOE, Doctor at A.S.M.P.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on October 19, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Plaintiff's complaint is DISMISSED without prejudice and this civil action stands CLOSED.



October 19, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk